**Fill in this information to identify the case:**

Debtor Name  **Food Concepts International, L.P.**

United States Bankruptcy Court for the: **Northern**   District of **Texas**
(State)

Case number (If known): **25-43341-11**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **First Bank & Trust** | **Checking account** | **6 9 9 1** | **$28,763.10** |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   **$28,763.10**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 **101 LEAGUE CITY CMJCG I45/646 LP** | **$28,554.17** |
| --- | --- |

Debtor  **Food Concepts International, L.P.**                              Case number *(if known)* **25-43341-11**
        Name

---

| | 7.2 **NICKEL CREEK RE, LLC** | | **$23,317.50** |
|---|---|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____   _____

8.2 _____   _____

9.  **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                              **$51,871.67**

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: _____ - _____ =..... ➔        _____
                          face amount          doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ =..... ➔           _____
                        face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.        _____

**Part 4:     Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____   _____   _____

14.2 _____   _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| 15.1 **ABI GP, LLC - 100% Ownership** | **100.00%** | _____ | **$0.00** |
|---|---|---|---|
| 15.2 **ABUELO'S INTERNATIONAL, LP - 100% Ownership** | **100.00%** | _____ | **$0.00** |

---

Debtor   **Food Concepts International, L.P.**                                   Case number *(if known)* **25-43341-11**
         Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                          | $0.00 |

---

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                          | |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

Debtor    **Food Concepts International, L.P.**                                      Case number *(if known)* **25-43341-11**
                   Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

 ☑ No. Go to Part 7.
 ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
 Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

 ☑ No
 ☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

 ☑ No
 ☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

 ☑ No
 ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

 ☑ No
 ☐ Yes

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

 ☐ No. Go to Part 8.
 ☑ Yes. Fill in the information below.

---

Debtor **Food Concepts International, L.P.**
Name

Case number *(if known)* **25-43341-11**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 01-See Exhibit to Schedule A | **$15,234.00** | | **$15,234.00** |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |
| 43. **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | **$15,234.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) (Where available) | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **01-See Exhibit to Schedule A** | **$0.00** | | **$0.00** |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |

Debtor    **Food Concepts International, L.P.**                              Case number *(if known)* **25-43341-11**

Name

49. **Aircraft and accessories**

   49.1 _____

   49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.                                     **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No

   ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.

   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **01-See Exhibit to Schedule A-55 - Real Property** | **Property & Leases** | **unknown** | | **unknown** |

56. **Total of Part 9**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No

   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

## Part 10:   Intangibles and intellectual property

Debtor      **Food Concepts International, L.P.**                    Case number *(if known)* **25-43341-11**

      Name

---

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ❑ No. Go to Part 11.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| See Exhibit A-60 - Trademarks | **unknown** | | **unknown** |
| 61. **Internet domain names and websites** | | | |
| See Exhibit A-61 - Domain Names | **unknown** | | **unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No

    ❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No

    ❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No

    ❑ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ❑ No. Go to Part 12.

    ☑ Yes. Fill in the information below.

                                  Current value of debtor's interest

---

Debtor **Food Concepts International, L.P.** Case number *(if known)* **25-43341-11**
_____ Name

71. **Notes receivable**

Description (include name of obligor)

_____ _____ – _____ =➡ _____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____ Tax year _____ _____

_____ Tax year _____ _____

_____ Tax year _____ _____

73. **Interests in insurance policies or annuities**

_____ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____ _____

**Nature of claim** _____

**Amount requested** _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Blue Cross Blue Shield Antitrust Litigation MDL 2406, N.D. Ala, Master File No. 2:13-cv-20000-RDP**          **unknown**

**Nature of claim**     **Party in Class Action settlement with BCBS based on uncompetitive behavior**

**Amount requested**     **unknown**

**Subtenant Jose B Linares and Polvos II, LLC default on lease**          **$61,453.85**

**Nature of claim**     **Sublease default and fees**

**Amount requested**     **unknown**

76. **Trusts, equitable or future interests in property**

_____ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____ _____

_____ _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.          **$61,453.85**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page **8**

Debtor **Food Concepts International, L.P.**
Name

Case number *(if known)* **25-43341-11**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $28,763.10 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $51,871.67 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,234.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*................................................. ➜ | | unknown |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $61,453.85 | |
| 91. | **Total.** *Add lines 80 through 90 for each column*...........................91a. | $157,322.62 | + 91b. |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................................................... | | $157,322.62 |

---

Fill in this information to identify the case:

Debtor name **Food Concepts International, L.P.**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (if known): **25-43341-11**

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**

Ben E. Keith Company

**Creditor's mailing address**

Attn: Brenda Bittle

PO Box 9019001

Fort Worth, TX 76101

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Column A: **unknown**    Column B: **unknown**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$8,129,547.83**

Debtor   **Food Concepts International, L.P.**                     Case number (if known) **25-43341-11**

      Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

**Benton County Collector**

**Creditor's mailing address**

**2113 West Walnut Street**

**Rogers, AR 72756**

**Creditor's email address, if known**

**Date debt was incurred** **2025**

**Last 4 digits of account number** **2 2 9 5**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

    ❑ No. Specify each creditor, including this creditor, and its relative priority.

    ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Real Property Taxes**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**unknown**          **unknown**

Debtor   **Food Concepts International, L.P.**        Case number (if known) **25-43341-11**

Name

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| **Part 1:** Additional Page | | | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

**Collin Central Appraisal District**

**Creditor's mailing address**

**250 Eldorado Pkwy**

**Mckinney, TX 75069**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **2025**

**Last 4 digits of account**   **0 4 0 1**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the
     relative priority?

     ❑ No. Specify each creditor, including
        this creditor, and its relative
        priority.

      _____

      _____

     ❑ Yes. The relative priority of creditors
        is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Real Property Taxes**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Column A: **unknown**    Column B: **unknown**

Debtor   **Food Concepts International, L.P.**                    Case number (if known) **25-43341-11**

Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — **Amount of claim** Do not deduct the value of collateral.

**Column B** — **Value of collateral that supports this claim**

**2.4** **Creditor's name**

**Collin County Appraisal District**

**Describe debtor's property that is subject to a lien**

**unknown**          **unknown**

**Creditor's mailing address**

**250 Eldorado Pkwy**

**Mckinney, TX 75069**

**Describe the lien**

**Personal Property Taxes**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number**   **4  7  5  1**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor  **Food Concepts International, L.P.**                         Case number (if known) **25-43341-11**

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A **Amount of claim** Do not deduct the value of collateral.

Column B **Value of collateral that supports this claim**

**2.5** **Creditor's name**

**Denton County Appraisal District**

**Describe debtor's property that is subject to a lien**

unknown                unknown

**Creditor's mailing address**

**3911 Morse St**

**Denton, TX 76208**

**Describe the lien**

**Real Property Taxes**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   **1  2  4  1**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor   **Food Concepts International, L.P.**                        Case number (if known) **25-43341-11**
             Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** **Creditor's name**

**Denton County Appraisal District**

**Describe debtor's property that is subject to a lien**

**$3,433.49**          **unknown**

**Creditor's mailing address**

**3911 Morse St**

**Denton, TX 76208**

**Describe the lien**

**Personal Property Taxes**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   **8  5  7  8**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor **Food Concepts International, L.P.**  Case number (if known) **25-43341-11**
_____   _____
Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** | **Creditor's name**

**First Bank & Trust**

**Creditor's mailing address**

**c/o Kyle S. Hirsch**
**Bryan Cave Leighton Paisner LLP**
**2200 Ross Avenue 4200S**
**Dallas, TX 75201-7965**

**Creditor's email address, if known**
**kyle.hirsch@bclplaw.com**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All business and assets, including leaseholds

_____

**Describe the lien**

Loan

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
☑ Unliquidated
❑ Disputed

| | |
|---|---|
| **$8,031,428.19** | **unknown** |

Debtor **Food Concepts International, L.P.**                    Case number (if known) **25-43341-11**

Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---------|-----------------|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8** **Creditor's name**

Lewisville ISD

**Creditor's mailing address**

Linebarger Goggan Blair & Sampson, LLP

3500 Maple Avenue, Suite 800

Dallas, TX 75219

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Ad Valorem Tax

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Amount of claim: **$5,305.38**     Value of collateral: **unknown**

Debtor **Food Concepts International, L.P.**        Case number (if known) **25-43341-11**

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.9** **Creditor's name**

**Lubbock Central Appraisal District**

**Describe debtor's property that is subject to a lien**

unknown      unknown

**Creditor's mailing address**

**2109 Avenue Q**

**Lubbock, TX 79411**

**Describe the lien**

**Personal Property Tax**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** 6 9 3 8

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor **Food Concepts International, L.P.**      Case number (if known) **25-43341-11**

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.10 Creditor's name**

**Lubbock Central Appraisal District**

**Creditor's mailing address**

**2109 Avenue Q**

**Lubbock, TX 79411**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   **1 5 2 4**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

    ❑ No. Specify each creditor, including this creditor, and its relative priority.

    ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**unknown**     **unknown**

**Describe the lien**

**Personal Property Tax**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Debtor **Food Concepts International, L.P.**        Case number (if known) **25-43341-11**

      Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11 Creditor's name**

**Maricopa County Treasurer**

**Creditor's mailing address**

**301 W. Jefferson St #200**

**Phoenix, AZ 85003**

**Creditor's email address, if known**

**Date debt was incurred**    **2024, 2025**

**Last 4 digits of account**    **3 6 3 2**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

    ❑ No. Specify each creditor, including this creditor, and its relative priority.

    ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Real Property Taxes**

**Is the creditor an insider or related party?**

☑ No
❑ Yes

**Is anyone else liable on this claim?**

☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **unknown**    Column B: **unknown**

Debtor   **Food Concepts International, L.P.**                     Case number (if known) **25-43341-11**
_____                                    _____
Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.12** **Creditor's name**

**Sedwick County Treasurer**

**Creditor's mailing address**

**100 N Broadway St Suite 100**

**Wichita, KS 67202**

**Creditor's email address, if known**

_____

**Date debt was incurred**        **2025**

**Last 4 digits of account**   **4  0  1  4**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the
relative priority?

   ❑ No.  Specify each creditor, including
       this creditor, and its relative
       priority.

       _____

       _____

   ❑ Yes. The relative priority of creditors
       is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Real Property Taxes**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Column A: **unknown**      Column B: **unknown**

Debtor   **Food Concepts International, L.P.**                                    Case number (if known) **25-43341-11**

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.13** **Creditor's name**

**Tarrant Appraisal District**

**Creditor's mailing address**

**2500 Handley Ederville Rd**

**Fort Worth, TX 76118**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account** **0  6  9  0**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❏ Yes. Have you already specified the relative priority?

   ❏ No. Specify each creditor, including this creditor, and its relative priority.

   ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Real Property Taxes**

**Is the creditor an insider or related party?**

☑ No

❏ Yes

**Is anyone else liable on this claim?**

☑ No

❏ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

$49,175.55      unknown

Debtor **Food Concepts International, L.P.**
Name

Case number (if known) **25-43341-11**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.14** **Creditor's name**

**Tarrant Appraisal District**

**Creditor's mailing address**

**2500 Handley Ederville Rd**

**Fort Worth, TX 76118**

**Creditor's email address, if known**

**Date debt was incurred** **2025**

**Last 4 digits of account number** **7 7 3 1**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

❑ No. Specify each creditor, including this creditor, and its relative priority.

❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Real Property Taxes**

**Is the creditor an insider or related party?**

☑ No
❑ Yes

**Is anyone else liable on this claim?**

☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**unknown** **unknown**

Debtor   **Food Concepts International, L.P.**               Case number (if known) **25-43341-11**

Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.15** **Creditor's name**

**Tarrant County Appraisal District**

**Describe debtor's property that is subject to a lien**

$40,205.22                  unknown

**Creditor's mailing address**

**2500 Handley Ederville Rd**

**Fort Worth, TX 76118**

**Describe the lien**

**Real Property Taxes**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account   0   7   8   8
number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor **Food Concepts International, L.P.**                                    Case number (if known) **25-43341-11**

Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.16** **Creditor's name**

**Tulsa County Assessor**

**Creditor's mailing address**

**218 W 6th Street 5th Floor**

**Tulsa, OK 74119**

**Creditor's email address, if known**

**Date debt was incurred**      **2025**

**Last 4 digits of account number**      **4  8  1  5**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Real Property Taxes**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Column A: **unknown**       Column B: **unknown**

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Food Concepts International, L.P.**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>**Northern District of Texas**</td></tr>
<tr><td colspan="2">Case number (if known):    **25-43341-11**</td></tr>
</table>

❑ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases***(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

❑ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>Brad Spicer<br>10009 Savannah Avenue<br>Lubbock, TX 79424<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>**Basis for the Claim:**<br>Deferred Wages<br><br>**Is the claim subject to offset?**<br>☑ No<br>❑ Yes | **$3,549.99** | **$0.00** |
| **2.2** **Priority creditor's name and mailing address**<br>Bruce Marcynski<br>29983 Willow Brook Lane<br>Brookshire, TX 77423<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>**Basis for the Claim:**<br>Deferred Wages<br><br>**Is the claim subject to offset?**<br>☑ No<br>❑ Yes | **$3,249.99** | **$0.00** |

Debtor   **Food Concepts International, L.P.**                        Case number *(if known)*   **25-43341-11**
         Name

| Part 1: | Additional Page |
|---------|-----------------|

**2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$29,708.26** | **$6,666.65** |

**Charles Overstreet**

**6212 Louisville Drive**

**Lubbock, TX 79413**

*Check all that apply.*
❑  Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Deferred Wages**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

**2.4** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** | **unknown** |

**Comptroller of Maryland**

**7 St. Paul St**

**Baltimore, MD 21201**

*Check all that apply.*
☑  Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**2025**

**Basis for the Claim:**

**Withholding and Payroll Tax**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

**2.5** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$25,125.00** | **$5,625.00** |

**Greg Baker**

**5509 36th Street**

**Lubbock, TX 79407**

*Check all that apply.*
❑  Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Deferred Wages**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 2 of 18

Debtor   **Food Concepts International, L.P.**                                    Case number *(if known)*     **25-43341-11**
     Name

---

**Part 1:** Additional Page

**2.6** **Priority creditor's name and mailing address**

**Internal Revenue Service**

**Special Procedures-Insolvency**

**P.O. Box 7346**

**Philadelphia, PA 19101**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number __ __ __ __**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**
**Federal Income Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

| unknown | unknown |

---

**2.7** **Priority creditor's name and mailing address**

**James Young**

**31432 Juliana Farms Rd**

**San Juan Capistrano, CA 92675**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number __ __ __ __**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Deferred Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

| $114,581.75 | $17,150.00 |

---

**2.8** **Priority creditor's name and mailing address**

**Jeffrey Dossett**

**9745 S. Joplin Place0**

**Tulsa, OK 74137**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number __ __ __ __**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Deferred Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

| $3,249.99 | $0.00 |

---

Debtor    **Food Concepts International, L.P.**                     Case number *(if known)*    __25-43341-11__
          Name

<table>
<tr><td colspan="3" style="background:black;color:white"><b>Part 1:</b> Additional Page</td></tr>
<tr>
<td><b>2.9</b><br><b>Priority creditor's name and mailing address</b><br><br>__John Dorrington__<br><br>__6029 86th Street__<br><br>__Lubbock, TX 79424__<br><br><b>Date or dates debt was incurred</b><br><br>_____<br><br><b>Last 4 digits of account</b><br><b>number</b> __ __ __ __<br><b>Specify Code subsection of PRIORITY unsecured claim:</b> 11 U.S.C. § 507(a) __(4)__</td>
<td><b>As of the petition filing date, the claim is:</b><br>*Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br><b>Basis for the Claim:</b><br>__Deferred Wages__<br><br><b>Is the claim subject to offset?</b><br>☑ No<br>❑ Yes</td>
<td>$65,833.25</td>
<td>$13,541.65</td>
</tr>
<tr>
<td><b>2.10</b><br><b>Priority creditor's name and mailing address</b><br><br>__Jose Vasquez Jr.__<br><br>__5515 75th Street__<br><br>__Lubbock, TX 79424__<br><br><b>Date or dates debt was incurred</b><br><br>_____<br><br><b>Last 4 digits of account</b><br><b>number</b> __ __ __ __<br><b>Specify Code subsection of PRIORITY unsecured claim:</b> 11 U.S.C. § 507(a) __(4)__</td>
<td><b>As of the petition filing date, the claim is:</b><br>*Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br><b>Basis for the Claim:</b><br>__Deferred Wages__<br><br><b>Is the claim subject to offset?</b><br>☑ No<br>❑ Yes</td>
<td>$5,875.00</td>
<td>$1,250.00</td>
</tr>
<tr>
<td><b>2.11</b><br><b>Priority creditor's name and mailing address</b><br><br>__Kailee Young__<br><br>__31432 Juliana Farms Rd__<br><br>__San Juan Capistrano, CA 92675__<br><br><b>Date or dates debt was incurred</b><br><br>_____<br><br><b>Last 4 digits of account</b><br><b>number</b> __ __ __ __<br><b>Specify Code subsection of PRIORITY unsecured claim:</b> 11 U.S.C. § 507(a) __(4)__</td>
<td><b>As of the petition filing date, the claim is:</b><br>*Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br><b>Basis for the Claim:</b><br>__Deferred Wages__<br><br><b>Is the claim subject to offset?</b><br>☑ No<br>❑ Yes</td>
<td>$18,866.18</td>
<td>$10,116.18</td>
</tr>
</table>

Debtor   **Food Concepts International, L.P.**       Case number *(if known)*    **25-43341-11**

     Name

## Part 1: Additional Page

| 2.12 **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,791.52** | **$3,958.30** |
|---|---|---|---|

**Kasey Whitten**

**16410 CR 2040**

**Lubbock, TX 79423**

❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Deferred Wages**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

| 2.13 **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,375.00** | **$2,500.00** |
|---|---|---|---|

**Keith Dixon**

**6405 CR 7415**

**Lubbock, TX 79424**

❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Deferred Wages**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

| 2.14 **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$750.00** | **$750.00** |
|---|---|---|---|

**Larry Pierson**

**10506 Toledo Avenue**

**Lubbock, TX 79424**

❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Deferred Wages**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

| Debtor | **Food Concepts International, L.P.** | | Case number *(if known)* | **25-43341-11** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 1:** Additional Page

---

**2.15** **Priority creditor's name and mailing address**

**Louis P. Herring**

**5014 CR 7920**

**Lubbock, TX 79424**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**   $38,875.00   $8,750.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Deferred Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.16** **Priority creditor's name and mailing address**

**Matthew Watson**

**410 Ben Oaks Drive**

**Severna Park, MD 21146**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**   $3,249.99   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Deferred Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.17** **Priority creditor's name and mailing address**

**Oklahoma Employment Security Commission**

**2401 N. Lincoln Blvd.**

**Oklahoma City, OK 73105**

**Date or dates debt was incurred**

**2025**

**Last 4 digits of account**

**number** **8** **2** **8** **9**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**   unknown   unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**
**Unemployment and Payroll Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Food Concepts International, L.P.**                                    Case number *(if known)*    **25-43341-11**

Name

---

| Part 1: | Additional Page |
|---|---|

**2.18** **Priority creditor's name and mailing address**

**Oklahoma Employment Security Commission**

**2401 N. Lincoln Blvd.**

**Oklahoma City, OK 73105**

**Date or dates debt was incurred**

**2025**

**Last 4 digits of account number 2 - 0 2**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the Claim:**

**Withholding**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**unknown**              **unknown**

---

**2.19** **Priority creditor's name and mailing address**

**Oklahoma Tax Commission**

**2401 N Lincoln Blvd.**

**Oklahoma City, OK 73105**

**Date or dates debt was incurred**

**Last 4 digits of account number 0 5 0 7**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the Claim:**

**Franchise Tax**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**unknown**              **unknown**

---

**2.20** **Priority creditor's name and mailing address**

**Robert Lin**

**4636 94th St**

**Lubbock, TX 79424**

**Date or dates debt was incurred**

**Last 4 digits of account number __ __ __ __**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Deferred Wages**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$164,956.71**              **$17,150.00**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 7 of 18

Debtor     **Food Concepts International, L.P.**                                    Case number *(if known)*     __**25-43341-11**__
              Name

Part 1: Additional Page

| | | | |
|---|---|---|---|
| **2.21** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **unknown**     **unknown** |

**2.21**  **Priority creditor's name and mailing address**

**State Comptroller of Public Accounts**

**Revenue Accounting Division - Bankruptcy Section**

**P.O. Box 13528**

**Austin, TX 78711**

**Date or dates debt was incurred**

**Last 4 digits of account number  0   5   0   7**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the Claim:**
 **Franchise Tax**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**unknown**          **unknown**

---

**2.22**  **Priority creditor's name and mailing address**

**Terence Cleeland**

**304 S. 95th Ave**

**Frankfort, IL 60423**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**
 **Deferred Wages**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$3,249.99**          **$0.00**

---

**2.23**  **Priority creditor's name and mailing address**

**Texas Alcohol Beverage Commission**

**License and Permits Division**

**PO Box 13127**

**Austin, TX 78711**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**          **unknown**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 8 of 18

Debtor   **Food Concepts International, L.P.**       Case number *(if known)*    **25-43341-11**
    Name

---

| Part 1: | Additional Page |
|---|---|

**2.24** **Priority creditor's name and mailing address**

**Texas Workforce Commission**

**TEC Building- Bankruptcy**

**101 E. 15th Street**

**Austin, TX 78778**

**Date or dates debt was incurred**

**2025**

**Last 4 digits of account number 4 1 - 0**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**
 **Unemployment and Payroll Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**      **unknown**

---

**2.25** **Priority creditor's name and mailing address**

**Timothy Dirk Rambo**

**9902 Quinton Ave**

**Lubbock, TX 79424**

**Date or dates debt was incurred**

**Last 4 digits of account number ___ ___ ___ ___**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
 **Deferred Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,672.75**      **$3,672.75**

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 9 of 18

| Debtor | **Food Concepts International, L.P.** | Case number *(if known)* | **25-43341-11** |
|---|---|---|---|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

**101 League City CMJCG I45/646 LP**

**6108 Brittmoore Road**

**Houston, TX 77041**

Date or dates debt was incurred **5/19/2025**

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Commercial Lease**

Is the claim subject to offset?
☐ No
☑ Yes

**$1,167,027.88**

---

**3.2** **Nonpriority creditor's name and mailing address**

**10600 Appliances, LLC**

**3839 Bee Cave Road Suite 200**

**Austin, TX 78746**

Date or dates debt was incurred —

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Commercial Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$88,047.09**

---

**3.3** **Nonpriority creditor's name and mailing address**

**ABDU ABDURAZAK**

**c/o Equal Access Law Group**

**Flushing, NY 11367**

Date or dates debt was incurred **3/27/2025**

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Agreed Settlement**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,000.00**

---

**3.4** **Nonpriority creditor's name and mailing address**

**Actuaries & Associates**

**701 S Tyler**

**Amarillo, TX 79101**

Date or dates debt was incurred —

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,730.00**

---

Debtor     **Food Concepts International, L.P.**                                    Case number *(if known)*        **25-43341-11**
              Name

Part 2:  Additional Page

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46,530.75** |

**Alvarez & Marsal Holdings, LLC**

**600 Madison Ave 8th Floor**

**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,883.65** |

**Barney Adams**

**8008 Slide Road Suite 7**

**Lubbock, TX 79424**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Percentage Rent**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,560.75** |

**CDW**

**PO Box 75723**

**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supplies**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3  1  9  9**

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$61,039.08** |

**Chandler Gateway LLC**

**909 Rose Avenue Suite 200**

**Rockville, MD 20852**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Commercial Lease**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **Food Concepts International, L.P.** | | Case number *(if known)* | **25-43341-11** |
|---|---|---|---|---|
| | Name | | | |

---

### Part 2:   Additional Page

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$333.62**
--- | --- | --- | ---

**3.10**

**Nonpriority creditor's name and mailing address**

**Haynes Boone**

**2801 N Harwood Street Suite 2300**

**Dallas, TX 75201**

Date or dates debt was incurred

Last 4 digits of account number  — — — —

**As of the petition filing date, the claim is:**   **$333.62**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.11**

**Nonpriority creditor's name and mailing address**

**Hind Aina Haina, LLC**

**PO Box 1149**

**Kailua Kona, HI 96745**

Date or dates debt was incurred     **11/30/2024**

Last 4 digits of account number  — — — —

**As of the petition filing date, the claim is:**   **$87,178.70**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**   **Commercial Lease**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Kim Hunter**

**9548 W. JJ Ranch Road**

**85383**

Date or dates debt was incurred

Last 4 digits of account number  — — — —

**As of the petition filing date, the claim is:**   **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**   **EEOC Claim**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Loop West (Orlando) LLC**

**360 Rosemary Ave Suite 400**

**West Palm Beach, FL 33401**

Date or dates debt was incurred

Last 4 digits of account number  — — — —

**As of the petition filing date, the claim is:**   **$57,576.15**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**   **Commercial Lease**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor **Food Concepts International, L.P.**      Case number *(if known)*    **25-43341-11**

    Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.14** **Nonpriority creditor's name and mailing address**

**NCR Corporation**

**PO Box 745947**

**Atlanta, GA 30384-8755**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    **0 0 2 9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Equipment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$20,062.78**

---

**3.15** **Nonpriority creditor's name and mailing address**

**Nickel Creek RE, LLC**

**213 N. Broadway St.**

**Checotah, OK 74426**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Commercial Lease**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$39,740.48**

---

**3.16** **Nonpriority creditor's name and mailing address**

**Northpark Commons, LLC**

**4010 82nd Street Suite 100**

**Lubbock, TX 79423**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Percentage Rent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,187.54**

---

**3.17** **Nonpriority creditor's name and mailing address**

**Office of the Attorney General**

**Main Justice Building, Room 5111**

**10th & Constitution Avenue, N.W.**

**Washington, DC 20530**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor    **Food Concepts International, L.P.**                                    Case number *(if known)*    **25-43341-11**

Name

| Part 2: | Additional Page |

**3.18** **Nonpriority creditor's name and mailing address**

**Office of the United States Trustee**

**1100 Commerce St Ste 976**

**Dallas, TX 75242-1011**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$0.00

---

**3.19** **Nonpriority creditor's name and mailing address**

**Paytronix Systems, Inc.**

**80 Bridge St.**

**Newton, MA 02458**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Software**

**Is the claim subject to offset?**
☑ No
❑ Yes

$4,839.13

---

**3.20** **Nonpriority creditor's name and mailing address**

**Restaurant Recruit, Inc.**

**9805 NE 116th Street**

**Kirkland, WA 98034**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Services**

**Is the claim subject to offset?**
☑ No
❑ Yes

$4,241.00

---

**3.21** **Nonpriority creditor's name and mailing address**

**SEAYCO-THF EASTSIDE MARKET, LLC.**

**211 N. Stadium Blvd. Suite 201**

**Columbia, MO 65203**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:** **Commercial Lease**

**Is the claim subject to offset?**
☑ No
❑ Yes

$38,874.42

---

| Debtor | **Food Concepts International, L.P.** | Case number *(if known)* | **25-43341-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.22** **Nonpriority creditor's name and mailing address**

**Simon Property Group (Texas), LP**

**867620 ReliableE Parkway**

**Chicago, IL 60686-0076**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

$427.03

---

**3.23** **Nonpriority creditor's name and mailing address**

**Texas Attorney General's Office**

**Bankruptcy-Collections Division**

**P.O. Box 12548**

**Austin, TX 78711-2548**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.24** **Nonpriority creditor's name and mailing address**

**TMGN 2, LTD.**

**15907 Ranchita Dr.**

**Dallas, TX 75248**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Commercial Lease

**Is the claim subject to offset?**
☑ No
☐ Yes

$83,095.83

---

**3.25** **Nonpriority creditor's name and mailing address**

**TPP 424 Park West Retail, LLC**

**10101 Reunion Place Suite 160**

**San Antonio, TX 78216**

**Date or dates debt was incurred** **4/28/2025**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Commercial Lease

**Is the claim subject to offset?**
☐ No
☑ Yes

$250,000.00

---

| Debtor | **Food Concepts International, L.P.** | Case number *(if known)* | **25-43341-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
| **United States Attorney** | *Check all that apply.*
| | ☐ Contingent
| **Office of the United States Attorney** | ☐ Unliquidated
| | ☐ Disputed
| **1100 Commerce St 3rd Floor** |
| **Dallas, TX 75242-1699** | **Basis for the claim:** _____
| | **Is the claim subject to offset?**
| **Date or dates debt was incurred** _____ | ☑ No
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$478.98**
| **Visual Edge It, Inc.** | *Check all that apply.*
| | ☐ Contingent
| **L-3791** | ☐ Unliquidated
| | ☐ Disputed
| **Columbus, OH 43260** |
| | **Basis for the claim:** **Equipment**
| | **Is the claim subject to offset?**
| **Date or dates debt was incurred** _____ | ☑ No
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$19,499.09**
| **WaterFront Commercial Properties, LLC** | *Check all that apply.*
| | ☑ Contingent
| **1223 N. Rock Road Bldg H-200** | ☑ Unliquidated
| | ☐ Disputed
| **Wichita, KS 67206** |
| | **Basis for the claim:** **Commercial Lease**
| | **Is the claim subject to offset?**
| **Date or dates debt was incurred** _____ | ☑ No
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$378.00**
| **WaterFront Commercial Properties, LLC** | *Check all that apply.*
| | ☐ Contingent
| **PO Box Box 782257** | ☐ Unliquidated
| | ☐ Disputed
| **Wichita, KS 67278** |
| | **Basis for the claim:** **Rent**
| | **Is the claim subject to offset?**
| **Date or dates debt was incurred** _____ | ☑ No
| **Last 4 digits of account number** **0 0 1 7** | ☐ Yes

---

Debtor   **Food Concepts International, L.P.**                                              Case number *(if known)*  __25-43341-11__
     Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Christopher M. Staine**<br>**Crowe Dunlevy**<br>**2525 McKinnon Street Suite 425**<br>**Dallas, TX 75201** | Line **3.25**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **Howard F. Cordray, Jr.**<br>**Cordray & Schneller**<br>**3306 Sul Ross Street**<br>**Houston, TX 77098** | Line **3.1**<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    **Food Concepts International, L.P.**                                           Case number *(if known)* ____**25-43341-11**____
          Name

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 4:</strong></td><td>Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$513,960.37** |
| 5b.  **Total claims from Part 2** | 5b. **+** | **$2,010,731.95** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,524,692.32** |

Fill in this information to identify the case:

Debtor name **Food Concepts International, L.P.**

United States Bankruptcy Court for the: **Northern** District of **Texas**

(State)

Case number (If known): **25-43341-11** Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**2.1**

State what the contract or lease is for and the nature of the debtor's interest: **See Exhibit Schedule G - Contracts**

State the term remaining: **0 months**

List the contract number of any government contract:

**01-See Exhibit Schedule G - Contracts**

**2.2**

State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2.3**

State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2.4**

State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2.5**

State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

Fill in this information to identify the case:

Debtor name **Food Concepts International, L.P.**

United States Bankruptcy Court for the: _____**Northern**_____ District of ____**Texas**____
(State)

Case number (If known): **25-43341-11**

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Abuelo's International, L.P.** | **4413 82nd St Ste 250** <br> Street <br><br> **Lubbock, TX 79424-3366** <br> City State ZIP Code | **First Bank & Trust** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 **Food Concepts International Holdings, Inc.** | **4413 82nd St Ste 250** <br> Street <br><br> **Lubbock, TX 79424-3366** <br> City State ZIP Code | **First Bank & Trust** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 **James Young** | **4413 82nd Street Suite 250** <br> Street <br><br> **Lubbock, TX 79424** <br> City State ZIP Code | **First Bank & Trust** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Street <br><br> City State ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor      **Food Concepts International, L.P.**                          Case number (if known) **25-43341-11**

            Name

████████        Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City          State          ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.6 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City          State          ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

Official Form 206H                    **Schedule H: Codebtors**                    page __2__ of __2__

Fill in this information to identify the case:

Debtor name         **Food Concepts International, L.P.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known):      **25-43341-11**       Chapter __**11**__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
      Copy line 88 from *Schedule A/B*....................................................................................................................... | **$0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.................................................................................................................... | **$157,322.62**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*....................................................................................................................... | **$157,322.62**

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$8,129,547.83**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................... | **$513,960.37**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................................... | **+      $2,010,731.95**

4. **Total liabilities**.................................................................................................................................................... | **$10,654,240.15**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name          **Food Concepts International, L.P.**

United States Bankruptcy Court for the:

    **Northern District of Texas**

Case number (if known):          **25-43341-11**

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  Other document that requires a declaration  **Exhibits to Schedules and SOFA** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/30/2025**
       MM/  DD/  YYYY

**X**  **/s/ Robert L. Lin**
Signature of individual signing on behalf of debtor

**Robert L. Lin**
Printed name

**Vice President / CRO**
Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# Food Concepts International, LP

Case # 25-43341

Exhibit to Schedule A - Office Furniture, Equipment & Autos

|  | Cost Basis | A/D | Book Value | Total Assets |
|---|---|---|---|---|
| Corporate Building | 142,861 | (142,872) | | |
| Corporate FF&E | 749,725 | (734,491) | 15,234 | |
| Corporate Auto (see following page) | 376,647 | (377,244) | | |
| | | | | **15,234** |

# Food Concepts International, LP

Case # 25-43341

Exhibit for Schedule A - Autos

**Additional Information on Automobiles**

| State | Location | Vin # | Year | Make | Model | Plate # | Description |
|---|---|---|---|---|---|---|---|
| KS | 620 | 0608 | 2004 | GMC | Savana | 319NKN | |
| AR | 618 | 1834 | 2008 | Dodge | Ram 1500 | AHU12E | |
| OK | 612 | 3003 | 2005 | GMC | Savana | 674-24V | Moved from 615/ moved to 650 |
| TX | 606 | 3572 | 2015 | Dodge | Ram 1500 | HNT-9780 | |
| TX | 602 | 3950 | 2004 | Ford | E150 | BCJ-7271 | |
| TX | 612 | 5660 | 1999 | Isuzu | Truck | 056-5AT | Not operational |
| TX | 607 | 7163 | 2009 | Chevy | HHR | BDF0797 | Not operational |
| OK | 612 | 7950 | 2005 | Chevrolet | Cargo | ERB445 | |
| TX | 605 | 9334 | 2010 | Ford | E150 | BK32996 | |
| TX | 601 | 9497 | 2010 | Ford | E150 | BK32997 | |

## Food Concepts International, LP
Case # 25-43341

Exhibit to Schedule A-55 - Real Property

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **PROPERTY:** | | | | |
| **Legal Description:** Lakepointe PH 5 BLK H Lot 10 (PT)<br>**Address:** 2520 S. Stemmons Freeway, Lewisville, TX  75067 | Own | N/A | N/A | N/A |
| **LEASES:** | | | | |
| **Location:** Abuelo's Amarillo, 3501 45th Avenue, Amarillo, TX  79109<br>**Landlord:** Tascosa Plaza, LTD, 200-D Westgate Parkway, Amarillo, TX  79121 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's Lubbock, 4401 82nd Street, Lubbock, TX  79424<br>**Landlord:** Barney Adams, 8008 Slide Road, Suite 7, Lubbock, TX  79424 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's Midland, 2908 W. Loop 250, Midland, TX  79705<br>**Landlord:** Northpark Commons, LLC, 4010 82nd Street Suite 100, Lubbock, TX  79423 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's Abilene, 4782 South 14th Street, Abilene, TX  79605<br>**Landlord:** Kenneth L. Musgrave, Woodhaven Abilene LP, PO BOX 1720, Abiliene, TX  79604 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's Hurst, 824 Airport Freeway, Hurst, TX  76054<br>**Landlord:** Farpoint Shops, LLC, 6220 Campbell Rd, Suite 104, Dallas, TX  75248 | Leasehold | N/A | N/A | N/A |
| **Location:** Arlington, 1041 West I-20, Arlington, TX  76017<br>**Landlord:** China Diner Limited Partnership, 122 W. JOHN CARPENTER FWY., SUITE 490, Irving, TX  75039 | Leasehold | N/A | N/A | N/A |

**Food Concepts International, LP**
Case # 25-43341

Exhibit to Schedule A-55 - Real Property

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **Location:** Abuelo's E. Plano (term 6/25), 3420 North Central Expwy., Plano, TX  75075<br>**Landlord:** Hind Aina Haina, LLC, P.O. BOX 1149, Kailua Kona, HI 96745 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's Peoria, 16092 N. Arrowhead Fountains Center Dr., Peoria, AZ  85382<br>**Landlord:** Grnobl, LC,<br> 181 South 750 West, North Salt Lake, Utah   84054          , Salt Lake City, UT  85054 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's Tulsa closed 7/25, 10909 E. 71st Street South, Tulsa, OK  74133<br>**Landlord:** SEAYCO-THF EASTSIDE MARKET, LLC., 211 N. Stadium Blvd, Suite 201, Columbia, MO  65203 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's Chandler (closed 7/25), 3440 W. Chandler Blvd., Chandler, AZ  85226<br>**Landlord:** Chandler Gateway LLC, 909 Rose Avenue Suite 200, North Bethesda, MD  20852 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's Austin (closed), 2901 S. Capital of Texas Hwy., Barton Creek Square Mall Bldg. #7, Austin, TX  78746<br>**Landlord:** 10600 Appliances, LLC, 3839 Bee Cave Road, Suite 200, Austin, TX  78746 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's Rogers, 4005 West Walnut, Rogers, AR  72756<br>**Landlord:** ARC CAFEUSA001, LLC, 11995 El Camino Real CA 92130, San Diego, CA  92130 | Leasehold | N/A | N/A | N/A |

**Food Concepts International, LP**

Case # 25-43341

Exhibit to Schedule A-55 - Real Property

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **Location:** Abuelo's Wichita, 1413 N. Waterfront Pkwy., Wichita, KS 67206<br>**Landlord:** WaterFront Commercial Properties, LLC, 1223 N. Rock Road, Bldg H-200, Wichita, KS  67206 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's Myrtle Beach, 740 Coastal Grand Circle, Myrtle Beach, SC  29577<br>**Landlord:** Mall of South Carolina Limited Partnership/CBL, CBL Center, Suite 500, Chattanooga, TN 37421-6000 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's Lakeland, 3700 Lakeside Village Blvd., Lakeland, FL 33803<br>**Landlord:** CRC Lakeside Village Coinvest, LLC, 1427 Clarkview Rd, Suite 500, Baltimore, MD  21209 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's Kissimmee (Closed 7/25), Osceola & Dyer, Kissimmee, FL  34741<br>**Landlord:** Loop West (Orlando) LLC, 360 S. Rosemary Ave. Suite 400, West Palm Beach, FL  33401 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's Hulen, Hulen Mall, Fort Worth, TX  76132<br>**Landlord:** Hulen Mall, LLC, 4800 S Hulen St Suite 250, Fort Worth, TX 76132 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's Tyler, Village at Cumberland Park, Tyler, TX  75703<br>**Landlord:** Typer Broadway/Centennial LP, 2525 McKinnon St, Suite 700, Dallas, TX 75201 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's W Wichita, 452 S Ridge Road, Wichita, KS  67209<br>**Landlord:** Freddy's Land LLC, 260 N Rock Rd, Suite 200, Wichita, KS 67206 | Leasehold | N/A | N/A | N/A |

## Food Concepts International, LP
Case # 25-43341

Exhibit to Schedule A-55 - Real Property

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **Location:** Abuelo's Colony, Village at 121, The Colony, TX  75056<br>**Landlord:** TMGN 2, LTD., 15907 Ranchita Dr, Dallas, TX  75248 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's Katy (Closed 2/25), 24600 Katy Fwy , Katy, TX 77494<br>**Landlord:** TPP 424 Parkwest Retail, LLC, 10101 Reunion Place, Suite 160,  San Antonio, TX   78216 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's League City (closed 10/24), 2505 Gulf Fwy , League City, TX  77539<br>**Landlord:** 101 League City CMJCG I45/646 LP, 6108 Brittmoore Road, Houston, TX  77041 | Leasehold | N/A | N/A | N/A |
| **Location:** Abuelo's W. Tulsa, 1531 W 81st St , Tulsa, OK  74132<br>**Landlord:** Nickel Creek RE, LLC, 213 N. Broadway St, Checotah, OK 74426 | Leasehold | N/A | N/A | N/A |
| **Location:** Corporate Office, 4413 82nd St, Lubbock, TX  79424<br>**Landlord:** Pack Five Investments, 4413 82nd St, Lubbock, TX  79424 | Leasehold | N/A | N/A | N/A |

**Food Concepts International, LP**

Case # 25-43341

Exhibit Schedul A-60 - Trademarks

| MARK | COUNTRY | OWNER | APPLICATION # | FILING DATE | REGISTRATION # | REGISTRATION DATE | GOODS/SERVICES | STATUS | DEADLINES | HB REF # |
|---|---|---|---|---|---|---|---|---|---|---|
| ABUELO'S MEXICAN FOOD EMBASSY | UNITED STATES | Food Concepts International, L.P. | 75/344670 | 8/21/1997 | 2217106 | 1/12/1999 | 42 - Restaurant services. | REGISTERED | 01/12/2029 Renewal | 15409.00004 |
| ABUELO'S | UNITED STATES | Food Concepts International, L.P. | 78/418644 | 5/14/2004 | 2989331 | 8/30/2005 | 43 - Restaurant services. | REGISTERED | 08/30/2025 Renewal | 15409.00005 |
| ABUELA'S | UNITED STATES | Food Concepts International, L.P. | 78/471721 | 8/23/2004 | 3064516 | 2/28/2006 | 43 - Restaurant and take-out food services. | REGISTERED | 02/28/2026 Renewal | 15409.00006 |
| BANDERILLAS | UNITED STATES | Food Concepts International, L.P. | 77/010344 | 9/29/2006 | | | 029 - Prepared entree consisting primarily of grilled vegetables and a selection of grilled steak, chicken, pork, or shrimp for consumption on or off premises. | INACTIVE | | 15409.00011 |
| SOBRINO'S | UNITED STATES | Food Concepts International, L.P. | 77/585915 | 10/6/2008 | 3931515 | 3/15/2011 | 043 - Restaurant services. | INACTIVE | | 15409.00014 |
| ABUELO'S | UNITED STATES | Food Concepts International, L.P. | 85/152551 | 10/14/2010 | 4491420 | 3/4/2014 | 30 - Spice rub. | REGISTERED | 03/04/2024 Renewal | 15409.00023 |
| SALSA EXCELENTE | UNITED STATES | Food Concepts International, L.P. | 85/715218 | 8/28/2012 | 4397969 | 9/3/2013 | 30 - Salsa. | REGISTERED | 09/03/2023 Renewal (filed 03/08/2023) | 15409.00029 |
| OAK SPRINGS GRILL | UNITED STATES | Metis Global Holding LLC | 86/828209 | 11/21/2015 | 5065795 | 10/18/2016 | 43 - Restaurant services. | INACTIVE | | 15409.00034US01 |
| ABUELO'S FOOD + DRINKS + FAMILY | UNITED STATES | Food Concepts International, L.P. | 87/559376 | 8/7/2017 | 5542433 | 8/14/2018 | 43 - Restaurant services | REGISTERED | 08/14/2024 Affidvit of Use 8&15 | 15409.00037US01 |
| ABUELO'S THE FLAVOR OF MEXICO (Stylized) | CHINA | Food Concepts International, L.P. | 8950612 | 12/14/2010 | 8950612 | 1/14/2012 | 30 - Seasonings , Seasonings , bechamel , Snack foods based on cereal , Snack foods based on cereal , Tacos , Tortillas. | REGISTERED | 01/13/2032 Renewal | 15409.00041CN01 |
| ABUELO'S THE FLAVOR OF MEXICO (Stylized) | CHINA | Food Concepts International, L.P. | 8950573 | 12/14/2010 | 8950573 | 1/14/2012 | 43 - Canteens , Restaurants. | REGISTERED | 01/13/2032 Renewal | 15409.00042CN01 |
| ABUELO'S THE FLAVOR OF MEXICO (Stylized) | HONG KONG | Food Concepts International, L.P. | 301787905 | 12/13/2010 | 301787905 | 6/9/2011 | 30 - Condiments; chips (cereal products); tortillas. 43 - Restaurant services. | REGISTERED | 12/12/2030 Renewal | 15409.00043HK01 |
| ABUELO'S THE FLAVOR OF MEXICO (Stylized) | TAIWAN | Food Concepts International, L.P. | 099061720 | 12/10/2010 | 01483381 | 11/1/2011 | 30 - Sauces, spices; cereal snack chips, corn chips, tortilla chips. 43 - Restaurant services. | REGISTERED | 10/31/2031 Renewal | 15409.00044TW01 |

**Food Concepts International, LP**
Case # 25-43341

Schedule A-61 - Domain Names

| Service Name | Domain Name | Account Name | Account Id | Renewal/ Expiration Date | Auto Renew Status |
|---|---|---|---|---|---|
| abuelos.com | abuelos.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 11/23/2023 | TRUE |
| Domain Expiration Protection (abuelos.com) | abuelos.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 11/23/2023 | TRUE |
| Private Registration (abuelos.com) | abuelos.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 2/23/2025 | TRUE |
| food-concepts.com | food-concepts.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 2/15/2027 | TRUE |
| food-concepts.net | food-concepts.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 10/20/2023 | TRUE |
| food-concepts.org | food-concepts.org | FOOD CONCEPTS INTERNATIONAL | 29969134 | 10/20/2023 | TRUE |
| food-concepts.info | food-concepts.info | FOOD CONCEPTS INTERNATIONAL | 29969134 | 4/3/2024 | TRUE |
| Domain Expiration Protection (food-concepts.com) | food-concepts.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 2/15/2027 | TRUE |
| Domain Expiration Protection (food-concepts.net) | food-concepts.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 10/20/2023 | TRUE |
| Domain Expiration Protection (food-concepts.org) | food-concepts.org | FOOD CONCEPTS INTERNATIONAL | 29969134 | 10/20/2023 | TRUE |
| Domain Expiration Protection (food-concepts.info) | food-concepts.info | FOOD CONCEPTS INTERNATIONAL | 29969134 | 4/3/2024 | TRUE |
| Private Registration (food-concepts.com) | food-concepts.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 2/23/2027 | TRUE |
| Private Registration (food-concepts.net) | food-concepts.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 2/23/2024 | TRUE |
| Private Registration (food-concepts.org) | food-concepts.org | FOOD CONCEPTS INTERNATIONAL | 29969134 | 2/23/2024 | TRUE |
| Private Registration (food-concepts.info) | food-concepts.info | FOOD CONCEPTS INTERNATIONAL | 29969134 | 4/3/2024 | TRUE |
| Web Forwarding (food-concepts.org) | food-concepts.org | FOOD CONCEPTS INTERNATIONAL | 29969134 | 1/16/2024 | TRUE |
| Web Forwarding (food-concepts.com) | food-concepts.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 1/16/2024 | TRUE |
| Web Forwarding (food-concepts.net) | food-concepts.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 1/16/2024 | TRUE |
| Web Forwarding (food-concepts.info) | food-concepts.info | FOOD CONCEPTS INTERNATIONAL | 29969134 | 4/3/2024 | TRUE |
| abuelosmexicangrill.com | abuelosmexicangrill.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 11/5/2023 | TRUE |
| Private Registration (abuelosmexicangrill.com) | abuelosmexicangrill.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 9/14/2023 | TRUE |
| Domain Expiration Protection (abuelosmexicangrill.com) | abuelosmexicangrill.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 11/5/2023 | TRUE |
| workatabuelos.com | workatabuelos.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 1/8/2024 | TRUE |
| workatabuelos.net | workatabuelos.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 1/8/2024 | TRUE |
| Web Forwarding (workatabuelos.com) | workatabuelos.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 1/8/2024 | TRUE |
| Private Registration (workatabuelos.com) | workatabuelos.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 1/8/2024 | TRUE |
| Private Registration (workatabuelos.net) | workatabuelos.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 1/8/2024 | TRUE |
| Domain Expiration Protection (workatabuelos.com) | workatabuelos.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 1/8/2024 | TRUE |
| Domain Expiration Protection (workatabuelos.net) | workatabuelos.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 1/8/2024 | TRUE |
| Web Forwarding (workatabuelos.net) | workatabuelos.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 1/16/2024 | TRUE |
| oakspringsgrill.com | oakspringsgrill.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 2/1/2024 | TRUE |
| oakspringsgrill.net | oakspringsgrill.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 2/1/2024 | TRUE |
| Private Registration (oakspringsgrill.com) | oakspringsgrill.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 2/1/2024 | TRUE |
| Private Registration (oakspringsgrill.net) | oakspringsgrill.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 2/1/2024 | TRUE |
| Domain Expiration Protection (oakspringsgrill.com) | oakspringsgrill.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 2/1/2024 | TRUE |
| Domain Expiration Protection (oakspringsgrill.net) | oakspringsgrill.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 2/1/2024 | TRUE |
| abuelosmidland.com | abuelosmidland.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 2/17/2024 | TRUE |
| Private Registration (abuelosmidland.com) | abuelosmidland.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 2/14/2024 | TRUE |
| Domain Expiration Protection (abuelosmidland.com) | abuelosmidland.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 2/17/2024 | TRUE |
| abuelastaqueria.com | abuelastaqueria.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 7/19/2025 | TRUE |
| abuelostaqueria.com | abuelostaqueria.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 7/19/2025 | TRUE |
| abuelastaqueria.net | abuelastaqueria.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 7/19/2025 | TRUE |
| abuelostaqueria.net | abuelostaqueria.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 7/19/2025 | TRUE |
| Private Registration (abuelastaqueria.com) | abuelastaqueria.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 7/19/2027 | TRUE |
| Private Registration (abuelastaqueria.net) | abuelastaqueria.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 7/19/2025 | TRUE |
| Private Registration (abuelostaqueria.com) | abuelostaqueria.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 7/19/2025 | TRUE |
| Private Registration (abuelostaqueria.net) | abuelostaqueria.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 7/19/2025 | TRUE |
| Domain Expiration Protection (abuelastaqueria.com) | abuelastaqueria.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 7/19/2025 | TRUE |
| Domain Expiration Protection (abuelastaqueria.net) | abuelastaqueria.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 7/19/2025 | TRUE |
| Domain Expiration Protection (abuelostaqueria.com) | abuelostaqueria.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 7/19/2025 | TRUE |
| Domain Expiration Protection (abuelostaqueria.net) | abuelostaqueria.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 7/19/2025 | TRUE |
| teamabuelos.com | teamabuelos.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 12/9/2025 | TRUE |
| teamabuelos.net | teamabuelos.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 12/9/2025 | TRUE |
| Private Registration (teamabuelos.com) | teamabuelos.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 12/9/2025 | TRUE |
| Private Registration (teamabuelos.net) | teamabuelos.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 12/9/2025 | TRUE |
| Private Registration (abuelosfinedining.com) | abuelosfinedining.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 2/7/2026 | TRUE |
| abuelosfinedining.com | abuelosfinedining.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 4/16/2026 | TRUE |
| Domain Expiration Protection (abuelosfinedining.com) | abuelosfinedining.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 4/16/2026 | TRUE |
| abuelosurbantaqueria.com | abuelosurbantaqueria.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 4/26/2027 | TRUE |
| abuelosurbantaqueria.net | abuelosurbantaqueria.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 4/26/2027 | TRUE |

**Food Concepts International, LP**
Case # 25-43341

Schedule A-61 - Domain Names

| Service Name | Domain Name | Account Name | Account Id | Renewal/ Expiration Date | Auto Renew Status |
|---|---|---|---|---|---|
| Private Registration (abuelosurbantaqueria.com) | abuelosurbantaqueria.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 4/26/2027 | TRUE |
| Private Registration (abuelosurbantaqueria.net) | abuelosurbantaqueria.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 4/26/2027 | TRUE |
| Domain Expiration Protection (abuelosurbantaqueria.com) | abuelosurbantaqueria.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 4/26/2027 | TRUE |
| Domain Expiration Protection (abuelosurbantaqueria.net) | abuelosurbantaqueria.net | FOOD CONCEPTS INTERNATIONAL | 29969134 | 4/26/2027 | TRUE |
| Domain Backorder (foodconcepts.com) | foodconcepts.com | FOOD CONCEPTS INTERNATIONAL | 29969134 | 1/16/2024 | TRUE |

## Food Concepts International, LP
Case # 25-43341

Exhibit Schedule G - Contracts

| Contract Description / Interest | Creditor | Creditor Adddress | Term | Election |
|---|---|---|---|---|
| **Leases** | | | | |
| Abuelo's Amarillo, Leasehold, Restaurant 3501 45th Avenue, Amarillo, TX  79109 | Tascosa Plaza, LTD | 200-D Westgate Parkway, Amarillo, TX 79121 | 1/1/2027 | UNKNOWN |
| Abuelo's Lubbock, Leasehold, Restaurant 4401 82nd Street, Lubbock, TX  79424 | Barney Adams | 8008 Slide Road, Suite 7, Lubbock, TX 79424 | 2/28/2030 | UNKNOWN |
| Abuelo's Midland, Leasehold, Restaurant 2908 W. Loop 250, Midland, TX  79705 | Northpark Commons, LLC | 4010 82nd Street Suite 100, Lubbock, TX 79423 | 5/31/2029 | UNKNOWN |
| Abuelo's Abilene, Leasehold, Restaurant 4782 South 14th Street, Abilene, TX  79605 | Kenneth L. Musgrave | Woodhaven Abilene LP PO BOX 1720, Abiliene, TX  79604 | 2/28/2030 | UNKNOWN |
| Abuelo's Hurst, Leasehold, Restaurant 824 Airport Freeway, Hurst, TX  76054 | Farpoint Shops, LLC | 6220 Campbell Rd, Suite 104, Dallas, TX 75248 | 4/30/2034 | UNKNOWN |
| Arlington, Leasehold, Restaurant 1041 West I-20, Arlington, TX  76017 | China Diner Limited Partnership | 122 W. JOHN CARPENTER FWY., SUITE 490, Irving, TX  75039 | 10/31/2028 | UNKNOWN |
| Abuelo's E. Plano (term 6/25), Leasehold, Restaurant 3420 North Central Expwy., Plano, TX 75075 | Hind Aina Haina, LLC | P.O. BOX 1149, Kailua Kona, HI96745 | 10/31/2026 | UNKNOWN |
| Abuelo's Peoria, Leasehold, Restaurant 16092 N. Arrowhead Fountains Center Dr., Peoria, AZ  85382 | Grnobl, LC | 181 South 750 West, North Salt Lake, Utah 84054 | 1/1/2027 | UNKNOWN |
| Abuelo's Tulsa closed 7/25, Leasehold, Restaurant 10909 E. 71st Street South, Tulsa, OK 74133 | SEAYCO-THF EASTSIDE MARKET, LLC. | 211 N. Stadium Blvd, Suite 201, Columbia, MO  65203 | 6/30/2026 | UNKNOWN |
| Abuelo's Chandler (closed 7/25), Leasehold, Restaurant 3440 W. Chandler Blvd., Chandler, AZ 85226 | Chandler Gateway LLC | 909 Rose Avenue Suite 200, North Bethesda, MD  20852 | 4/16/2027 | UNKNOWN |
| Abuelo's Austin (closed), Leasehold, Restaurant 2901 S. Capital of Texas Hwy., Barton Creek Square Mall Bldg. #7, Austin, TX 78746 | 10600 Appliances, LLC | 3839 Bee Cave Road, Suite 200, Austin, TX  78746 | 12/31/2025 | UNKNOWN |
| Abuelo's Rogers, Leasehold, Restaurant 4005 West Walnut, Rogers, AR  72756 | ARC CAFEUSA001, LLC | 11995 El Camino Real CA 92130, San Diego, CA  92130 | 10/31/2026 | UNKNOWN |
| Abuelo's Wichita, Leasehold, Restaurant 1413 N. Waterfront Pkwy., Wichita, KS 67206 | WaterFront Commercial Properties, LLC | 1223 N. Rock Road, Bldg H-200, Wichita, KS  67206 | 4/30/2029 | UNKNOWN |
| Abuelo's Myrtle Beach, Leasehold, Restaurant 740 Coastal Grand Circle, Myrtle Beach, SC  29577 | MALL OF SOUTH CAROLINA LIMITED PARTNERSHIP/CBL | CBL Center, Suite 500, Chattanooga, TN 37421-6000 | 12/31/2026 | UNKNOWN |

**Food Concepts International, LP**
Case # 25-43341

Exhibit Schedule G - Contracts

| | | | | |
|---|---|---|---|---|
| Abuelo's Lakeland, Leasehold, Restaurant 3700 Lakeside Village Blvd., Lakeland, FL 33803 | CRC Lakeside Village Coinvest, LLC | 1427 Clarkview Rd, Suite 500, Baltimore, MD  21209 | 3/31/2027 | UNKNOWN |
| Abuelo's Kissimmee (Closed 7/25), Leasehold, Restaurant Osceola & Dyer, Kissimmee, FL  34741 | Loop West (Orlando) LLC | 360 S. Rosemary Ave. Suite 400, West Palm Beach, FL  33401 | 10/31/2028 | UNKNOWN |
| Abuelo's Hulen, Leasehold, Restaurant Hulen Mall, Fort Worth, TX  76132 | Hulen Mall, LLC | 4800 S Hulen St Suite 250, Fort Worth, TX 76132 | 1/31/2027 | UNKNOWN |
| Abuelo's Tyler, Leasehold, Restaurant Village at Cumberland Park, Tyler, TX 75703 | Typer Broadway/Centennial LP | 2525 McKinnon St, Suite 700, Dallas, TX 75201 | 11/30/2030 | UNKNOWN |
| Abuelo's W Wichita, Leasehold, Restaurant 452 S Ridge Road, Wichita, KS  67209 | Freddy's Land LLC | 260 N Rock Rd, Suite 200, Wichita, KS 67206 | 7/17/2029 | UNKNOWN |
| Abuelo's Colony, Leasehold, Restaurant Village at 121, The Colony, TX  75056 | TMGN 2, LTD., | 15907 Ranchita Dr, Dallas, TX  75248 | 1/31/2026 | UNKNOWN |
| Abuelo's Katy (Closed 2/25), Leasehold, Restaurant 24600 Katy Fwy , Katy, TX  77494 | TPP 424 Parkwest Retail, LLC | 10101 Reunion Place, Suite 160,  San Antonio, TX  78216 | 3/31/2027 | UNKNOWN |
| Abuelo's League City (closed 10/24), Leasehold, Restaurant 2505 Gulf Fwy , League City, TX  77539 | 101 League City CMJCG I45/646 LP | 6108 Brittmoore Road, Houston, TX  77041 | 6/30/2028 | UNKNOWN |
| Abuelo's W. Tulsa, Leasehold, Restaurant 1531 W 81st St , Tulsa, OK  74132 | Nickel Creek RE, LLC | 213 N. Broadway St, Checotah, OK  74426 | 7/31/2034 | UNKNOWN |
| Corporate Office, Leasehold, Office 4413 82nd St, Lubbock, TX  79424 | Pack Five Investments | 4413 82nd St, Lubbock, TX  79424 | 10/31/2029 | UNKNOWN |

**Food Concepts International, LP**
Case # 25-43341

Exhibit Schedule G - Contracts

| Contract Description | Creditor | Creditor Adddress | Term | Election |
|---|---|---|---|---|
| **Credit Agreements** | | | | |
| Master Creditor Agreement | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 1st Amendment and Restated Master Credit Agreement | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 2nd Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 3nd Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 4th Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 5nd Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 6nd Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 7th Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 8th Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 9th Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 10th Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 11th Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 12th Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 13th Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 14th Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 15th Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 16th Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 17th Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 18th Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 19th Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 20th Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 21st Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 22nd Amendment | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| Revolving Loan | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 8/18/2025 | Assume |
| Term Note XXXXX4186 | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 10/12/2029 | Assume |
| Construction Note XXXXX2770 | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/12/2029 | Assume |
| Term Note XXXXX8392 | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2032 | Assume |
| 2018 Single Advance Note XXXXX7782 | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| Security Agreement (general) | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| Leasehold Mortgage (Myrtle Beach) | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| Leasehold Mortgage (Arlington) | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| Leasehold Mortgage (E Wichita) | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| Leasehold Mortgage (Midland) | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| Leasehold Mortgage (Kissimmee) | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| Leasehold Mortgage (Chandler) | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| Leasehold Mortgage (Lakeland) | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| Leasehold Mortgage (Hulen) | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| Leasehold Mortgage (E Tulsa) | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| Leasehold Mortgage (Peoria) | First Bank & Trust | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |

**\* All First Bank agreements are related as Co-Debtors with Food Concepts International Holdings, Inc., Abuelo's International LP and James Young**

**HR Contracts**

| | | | | |
|---|---|---|---|---|
| Benefit Enrollment and COBRA Administrator | The Benefit Company, Inc. | P.O. Box 211486 Columbia, SC 29221-6486 | 8/31/25 annual auto renewal | Assume |
| ACA compliance tracking and reporting services | Hodges-Mace, LLC | P.O. Box 95381 Chicago, IL 60694-5381 | 36 month contract auto renewal | Assume |
| Employment Screening Background Checks and MVR Driving records | Screening One, INC | PO BOX 844502 Boston MA 02284-4502 | 9/27/25 annual auto renewal | Assume |
| 401 K Plan Auditor | McConnell Jones LLC | 4828 Loop Central Drive Suite 1000 Houston, TX 77081 | 3/28/2025 annual | Assume |
| Employee Application, Onboarding and I-9/E-Verify | Fourth Enterprises, LLC | P.O. Box 122097 Dallas, TX 75312-2097 | annual auto renewal | Assume |

**Food Concepts International, LP**

Case # 25-43341

Exhibit Schedule G - Contracts

| Contract Description | Creditor | Creditor Adddress | Term | Election |
|---|---|---|---|---|
| **HR Contracts (con't)** | | | | |
| Logbook and Scheduling & Labor Management | Fourth Enterprises, LLC | P.O. Box 122097 Dallas, TX 75312-2097 | auto renewal month to month | Assume |
| Employee Benefits Broker Service Agreement | McGriff Insurance Services, LLC (Marsh & McLennan) | 3201 Beechleaf CT. STE 200 Raleigh, NC 27604 | 8/30/25 annual renewal | Assume |
| LMS & HEARTS University employee learning management system | Discoverlink, Inc | 120 Causeway St., Ste 306 Boston, MA 02114 | annual auto renewal | Assume |
| ADP Aline Pay Card, Earning Statements, and payroll print services | ADP, LLC | P.O. Box 830272 Philadelphia, PA 19182-0272 | 2 year auto renewal | Assume |
| Third Party Administrator 401K record keeper, 5500 filing, and administrative services | Actuaries & Associates | P.O. Box 830272 Philadelphia, PA 19182-0272 | annual auto renewal | Assume |
| Flexible Spending Account administrator | Consolidated Admin Services, LLC | PO Box 1513 Cabot, AR 72023 | 8/31/25 annual renewal | Assume |
| Instant Financial Paycard program - agreement signed but implementation delayed | Instant Financial USA, INC | 2500 Northwinds Pkwy Suite 375 Alpharetta, GA 30009 | cancel at anytime | Assume |
| Instant Financial Instant Tips - allows the company to electronically pay staff their credit card tips daily | Instant Financial USA, INC | 2500 Northwinds Pkwy Suite 375 Alpharetta, GA 30009 | 3 year contract | Assume |
| Blue Cross Blue Shield of Texas BPA - ASO renewal medical claims administrator agreement | Blue Cross and Blue Shield of Texas | Overnight Courier: Attn: 14169 5503 N. Cumberland Ave. Chicago, IL 60656-1471 1st Class Mail: Blue Cross and Blue Shield of Texas Dept. CH 14169 Palatine, IL 60055-4169 | annual contract - 9/1/25 renewal | Assume |
| Blue Cross Blue Shield of Texas PBM fee scheduled addendum to the Benefit Program Application | Blue Cross and Blue Shield of Texas | Overnight Courier: Attn: 14169 5503 N. Cumberland Ave. Chicago, IL 60656-1471 1st Class Mail: Blue Cross and Blue Shield of Texas Dept. CH 14169 Palatine, IL 60055-4169 | annual contract - 9/1/25 renewal | Assume |
| Blue Cross Blue Shield of Texas Stoploss Coverage Agreement | Blue Cross and Blue Shield of Texas | Overnight Courier: Attn: 14169 5503 N. Cumberland Ave. Chicago, IL 60656-1471 1st Class Mail: Blue Cross and Blue Shield of Texas Dept. CH 14169 Palatine, IL 60055-4169 | annual contract - 9/1/25 renewal | Assume |
| John Hancock - 401K plan Contract #17672 Client Account Representative - Jennifer Hz Li | John Hancock Life Insurance Company (U.S.A) | Retirement Plan Services P.O. Box 600 Buffalo, New York 14201-0600 Courier Address: John Hancock Life Insurance Company (U.S.A) Retirement Plan Services 200 Bloor Street East- ET G-D02 Toronto, Ontario Canada M4W 1E5 | automatic renewal | Assume |
| 401K Financial Representative and Financial Advisor for the 401K Plan | William Terrell | 101 California Street Floor No. 25 San Francisco, CA 94111 | automatic renewal | Assume |
| JotForm - electronic forms administration | JotForm Inc | 4 Embarcadero CTR, STE 780 San Francisco, CA 94111 | annual auto renewal | Assume |
| Recruitment Ad Agency (R&R) | Restaurant Recruit INC | 9805 NE 116th Street Kirkland, WA 98034 | annual auto renewal | Assume |
| Group Critical Illness/Cancer policies | Aflac Continental American Insurance Company | P.O. Box 84069 Columbus, GA 31908 | annual contract - 9/1/25 renewal | Assume |
| Dental and Vision | Humana Dental INS. CO | P.O. Box 4605 Carol Stream IL 60197-4605 | annual contract - 9/1/25 renewal | Assume |
| Basic Life/AD&D, Voluntary Life/AD&D & LTD | Life Insurance Company of North America | Lockbox #110 PO Box 8500 Philadelphia, PA 19178-0110 | two year contract - 9/1/26 renewal | Assume |
| Whole Life with Long Term Care | Allstate American Heritage Life Insurance Company | P.O. Box 650514 Dallas, Texas 75265-0514 | annual contract - 9/1/25 renewal | Assume |
| Severance Agreement | Jessica Dils | 8519 E Keats Ave Meza, AZ 85201 | 7/17/25 to 8/27/25 | Assume |

**Food Concepts International, LP**

Case # 25-43341

Exhibit Schedule G - Contracts

| Contract Description | Creditor | Creditor Adddress | Term | Election |
|---|---|---|---|---|
| **HR Contracts (con't)** | | | | |
| Severance Agreement | Michael Codner | 12877 Enclave Dr. Orlando, FL 32837 | 7/17/25 to 8/13/25 | Assume |
| Severance Agreement | Juan Carlos Andino Figueroa | 3216 Brewster Dr. Kissimmee, FL 34743 | 7/17/25 to 8/27/25 | Assume |
| Severance Agreement | Kelley Cortez | 310 54th Street Lubbock, TX 79404 | 7/31/2025 to 8/31/2025 | Assume |
| Severance Agreement | Belinda Brewton | 5027 Hanover Street Lubbock, TX 79416 | 7/31/25 to 9/15/2025 | Assume |
| Severance Agreement | Donna Lamm | 13407 Indiana Ave #2304 Lubbock, TX 79423 | 7/31/2025 to 8/31/2025 | Assume |
| **Insurance Contracts** | | | | |
| AmTrust Financial Company Policy Number SPP1830302 00 Carrier - Security National Insurance Company Commercial Contract General Liability, Auto and Property - Commercial Property 31-1220 07 10 | AmTrust Financial Company | 800 Superior Avenue East, 21st Floor Cleveland, OH 44114 | 5/15/25 to 5/15/26 | Assume |
| Wesco Insurance Company (A Stock Insurance Company) An AmTrust Financial Company Policy # WPP2013401 02 Commercial Auto, Arizona ATAA Surcharge and Motor Vehicle Crime Prevention Authority Policy | AmTrust Financial Company | 800 Superior Avenue East, 21st Floor Cleveland, OH 44114 | 5/15/25 to 5/15/26 | Assume |
| Wesco Insurance Company (A Stock Insurance Company) An AmTrust Financial Company Policy # WPP2077295 00 Commercial Fire General Liability, FL Fire College Trust Fund, FL EMPA, 2023A YR 2 FIGA Assessment Surcharge, Liquor Liability | AmTrust Financial Company | 800 Superior Avenue East, 21st Floor Cleveland, OH 44114 | 5/15/25 to 5/15/26 | Assume |
| Technology Insurance Company (A Stock Insurance Company) An AmTrust Financial Company  Insurance Supplement Policy Number TUM1743744 01 Commercial Umbrella Policy; Wesco Policy WWC3720858 Commercial GL; Security National Insurance Company Policy # SPP1830302 00 | Technology Insurance Company Inc. An AmTrust Financial Company | 800 Superior Avenue East, 21st Floor Cleveland, OH 44114 | 5/15/25 to 5/15/26 | Assume |
| Technology Insurance Company INC. - Workers' Compensation and Employers' Liability Insurance Policy # TWC4627932 | Technology Insurance Company Inc. An AmTrust Financial Company | 800 Superior Avenue East, 21st Floor Cleveland, OH 44114 | 5/15/25 to 5/15/26 | Assume |
| **IT Contracts** | | | | |
| Point of Sales System | NCR | PO Box 745947, Atlanta, GA 30374 | Auto 12 month renewal | Assume |
| Copier Lease | Visual Edge IT, Inc. | 1607 Broadway St, Lubbock, TX 79401 | Auto 12 month renewal | Assume |
| Inventory and Purchasing Management System | CrunchTime Information Systems, Inc. | 129 Portland St, Boston, MA 02114 | Auto 1 year renewals | Assume |
| Information Management System | Open Text | 2440 Sand Hill Road Menlo Park CA 94025 | 5/6/2026 | Assume |
| Internet access | Frontier Communications of America, Inc. | 5050 Kingsley Drive Cincinnati, OH 45227-1115 | 3/20/2027 | Reject |

**Food Concepts International, LP**
Case # 25-43341

Exhibit Schedule G - Contracts

| Contract Description | Creditor | Creditor Adddress | Term | Election |
|---|---|---|---|---|
| **IT Contracts (con't)** | | | | |
| Software Support & Licensing | Crestwood Associates L.L.C. | 8891 Brighton Lane, Suite 105, Bonita Springs, FL. 34135 | Auto 1 year renewals | Assume |
| Software for PCI Compliance | Qualys Inc. | 919 E Hillsdale Blvd, Foster City, California 94404 | 9/7/2025 | Assume |
| Cloud Service | International Business Machine Corp. | 1 North Castle Drive, Armonk, NY 10504 | Auto 12 month renewal | Assume |
| File Storage | Lubbock File Room & Shredding Company | 510 34th St, Lubbock, TX 79494 | Terminable on 30 days notice. | Assume |
| Internet Connectivity | Optimum Business | PO BOX 200904  DALLAS TX 75320-0904 | Auto monthly renewal | Assume |
| **Purchasing Contracts - Distribution Market Advantage** | | | | |
| Distribution Agreement, Broadline | Ben E. Keith Foods | 777 Main Street, Suite 3300, Ft. Worth, TX 76102 | 1/1/24 - 12/31/28 | Assume |
| Distribution Agreement, Produce | BEK Produce (Markon) | 777 Main Street, Suite 3300, Ft. Worth, TX 76102 | 1/1/24 - 12/31/28 | Assume |
| Distribution Agreement, Broadline | Gordon Food Service | 1300 Gezon Parkway SW, Wyoming WI 49509 | 1/1/24 - 12/31/28 | Assume |
| Distribution Agreement, Broadline | Shamrock Foodservice | 3900 E. Camelback Rd, Ste 200, Phoenix, AZ 85018 | 1/1/24 - 12/31/28 | Assume |
| **Purchasing Contracts - Smallwares Distribution** | | | | |
| Smallwares Distribution Agreement | Ed Don & Co. | 3501 Plano Parkway, The Colony, TX 75056 | 1/1/23 - 12/31/25 | Assume |
| **Purchasing Contracts - Tea/Coffee/Spice Agreement** | | | | |
| Tea/Coffee/Spices Agreement | Farmer Brothers | 14501 N Fwy, Fort Worth, TX 76177 | 1/1/24-12/31/36 | Assume |
| **Purchasing Contracts - Warewashing Lease/Chemical and Cleaning Chemical Agreement** | | | | |
| Warewashing Lease/Chemical and Cleaning Chemical Agreement | Ecolab | Ecolab Center, St. Paul, MN 55102 | 1/1/2016 - 12/31/25 | Assume |
| **Purchasing Contracts - Beverage Agreement** | | | | |
| Purchase Agreement for Coca Cola products | Coca Cola USA | 1 Coca Cola Plaza, Atlanta, GA 30313 | Est. 12/31/26 | Assume |
| **Purchasing Contracts - Linen Service Agreement** | | | | |
| Linen Service Agreement | Alsco Linen | 505 E. 200 Street, Ste 101, Salt Lake City, UT 84102 | 2/7/2026 | Assume |
| Linen Service Agreement | Superior Linen | 6959 E. 12th St., Tulsa, OK 74112 | 11/7/2026 | Assume |
| **Marketing Contracts** | | | | |
| Web maintenance | Dreambox Creations | 667 Cliffside Dr., San Dimas, CA  91773 | 6/1/2025 1 month auto renewal | Assume |
| Brand Ambassador/Use of Likeness | Luis Sanchez | 7311 La Mancha, Grand Prairie, Texas 75054 | 1/1/2023 to 12/31/2025 | Assume |

**Food Concepts International, LP**

Case # 25-43341

Exhibit Schedule G - Contracts

| Contract Description | Creditor | Creditor Adddress | Term | Election |
|---|---|---|---|---|
| **Off Premise Contracts** | | | | |
| On-line Midware and Services | Olo Inc | 26 Broadway, 24th Floor, New York, New York 10004 | 11/1/25 auto 1 year renewal | Assume |
| Delivery services | UberEats | 1725 Third Street in San Francisco, CA. | Terminable on 60 days notice | Assume |
| Delivery services | GrubHub Holdings | 111 W. Washington St., Ste. 2100, Chicago, IL 60602 | Terminable on 30 days notice | Assume |
| Delivery tracking services | Radius Networks, Inc. | 3299 K Street NW, Suite 400, Washington, D.C. 20007 | Terminable on 90 days notice | Assume |
| Online Ordering | Google, c/o Olo Inc | 26 Broadway, 24th Floor, New York, New York 10004 | 12/21/25 auto 1 year renewal | Assume |

| Contract Description | Creditor | Creditor Adddress | Term | Election |
|---|---|---|---|---|
| **Professional Services, Miscellaneous** | | | | |
| Financial Services | Stout Risus | 1000 Main Street, Suite 3200, Houston, TX 7700 | Terminable on 10 days notice | Assume |
| Legal Services | Lane Law Firm | 6200 Savoy Drive, Suite 1150, Houston, TX 77036 | Terminable at will | Assume |
| Legal services | Rochelle McCullough | 300 Throckmorton St., Suite 520 Fort Worth, TX 76102 | Terminable at will | Assume |
| Site Selection | Birchwood Resultants | 1006 N Bowen Rd, Arlington, TX 76012 | Terminable at will | Assume |