Fill in this information to identify the case:

Debtor name    **Food Concepts International, L.P.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known):    **25-43341-11**

❑ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

**1.   Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business **Consolidated with Food Concepts International**<br>☑ Other **Holdings, LLC** | **$0.00** |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business **Consolidated with Food Concepts International**<br>☑ Other **Holdings, LLC** | **$0.00** |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business **Consolidated with Food Concepts International**<br>☑ Other **Holdings, LLC** | **$0.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **1**

Debtor   **Food Concepts International, L.P.**                                                    Case number *(if known)*   **25-43341-11**
         Name

| From the beginning of the fiscal year to filing date: | From **01/01/2025** to Filing date | | |
| --- | --- | --- | --- |
| | MM/ DD/ YYYY | | |
| For prior year: | From **01/01/2024** to **12/31/2024** | | |
| | MM/ DD/ YYYY   MM/ DD/ YYYY | | |
| For the year before that: | From **01/01/2023** to **12/31/2023** | | |
| | MM/ DD/ YYYY   MM/ DD/ YYYY | | |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |
| 3.1.   **01-Exhibit SOFA 3 - 90 Day Payments to Creditors** <br> Creditor's name <br><br> Street <br><br> City          State     ZIP Code | | **$1,695,204.15** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❏ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1.   **01-Exhibit SOFA 4 - Payments to Insiders** <br> Creditor's name <br><br> Street <br><br> City          State     ZIP Code <br><br> **Relationship to debtor** | | **$638,012.19** | **Salary, Benefits, Phone/Auto, Other Expenses and Rent** |

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **2**

Debtor **Food Concepts International, L.P.**    Case number *(if known)* **25-43341-11**
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1.
Creditor's name

Street

City    State    ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1.
Creditor's name

XXXX– __ __ __ __

Street

City    State    ZIP Code

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **TPP 424 Parkwest Retail, LLC vs. Food Concepts International, L.P.** | **Breach of Contract** | **234th District Court Harris County** <br> Name <br> **201 Caroline Street 13th Floor** <br> Street <br><br> **Houston, TX 77002** <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **202527510** | | | |

Debtor   **Food Concepts International, L.P.**                                  Case number *(if known)*   **25-43341-11**
         Name

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **101 League City CMJCG 1-45/646, L.P. vs. Food Concepts International, L.P.** | **Breach of Contract** | **122nd District Court Galveston County**<br>Name<br>**600 59th St Ste 4304**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **25-cv-0691** | | **Galveston, TX 77551-4198**<br>City          State     ZIP Code | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Kim Hunter vs. Abuelo's International, L.P. and Food Concepts International, L.P.** | **EEOC Claim** | **Phoenix District Office**<br>Name<br>**3300 North Central Avenue Suite 690**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **540-2025-06115** | | **Phoenix, AZ 85012**<br>City          State     ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **ABDU ABDURAZAK vs Food Concepts International, LP DBA Abuelo's** | **ADA website access** | **United States District Court, Middle District of Florida, Tampa Division**<br>Name<br>**801 North Florida Avenue**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **8:25-cv-759** | | **Tampa, FL 33602**<br>City          State     ZIP Code | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **EEOC Charge Ms. Jessica Lloyd vs Food Concepts, L.P. d/b/a Abuelo's Mexican Restaurant** | **retaliation/disability in wrongful termination** | **Tampa Field Office**<br>Name<br>**501 East Polk St. 1000**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **Charge No 511-2025-01730** | | **Tampa, FL 33602**<br>City          State     ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor **Food Concepts International, L.P.**      Case number *(if known)*    **25-43341-11**

     Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | Street | Case title | Court name and address |
| | | | Name |
| | | Case number | Street |
| | City    State    ZIP Code | Date of order or assignment | City    State    ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

## Part 5: Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

## Part 6: Certain Payments or Transfers

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None

Debtor   **Food Concepts International, L.P.**                                    Case number *(If known)*   **25-43341-11**
         Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **01- Exhibit SOFA 11 - Payments Related to Bankruptcy** | | | **$584,836.00** |
| | Address | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **6**

Debtor **Food Concepts International, L.P.**      Case number *(if known)* **25-43341-11**

Name

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|

**Address**

Street

City     State     ZIP Code

**Relationship to debtor**

---

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| **Address** | **Dates of occupancy** |
|---|---|

14.1.

Street          From _____ To _____

City     State     ZIP Code

---

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

15.1.

Facility name

Street

City     State     ZIP Code

**Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider.

**How are records kept?**

*Check all that apply:*

☐ Electronically

☐ Paper

Debtor **Food Concepts International, L.P.**       Case number *(if known)*   **25-43341-11**
Name

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **01-See Exhibit 17 - Participants in any ERISA, 401(k), 403(b), or other pension** | EIN: **7 5** – **2 3 0 5 0 7 9** |

    Has the plan been terminated?

    ☑ No

    ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Name _____ Street _____ City   State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor   **Food Concepts International, L.P.**                                            Case number *(if known)*    **25-43341-11**
    Name

| 19.1 | **Depository institution name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|---|
| | | | | ❑ No |
| | Name | | | ❑ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State    ZIP Code | | | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | **Facility name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|---|
| | | | | ❑ No |
| | Name | | | ❑ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State    ZIP Code | | | |

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Owner's name and address** | **Location of the property** | **Description of the property** | **Value** |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor   **Food Concepts International, L.P.**                                              Case number *(if known)*   **25-43341-11**

   Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ☑ No

   ❑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
|  |  |  | ❑ Pending |
| **Case number** | Name |  | ❑ On appeal |
|  | Street |  | ❑ Concluded |
|  | City          State    ZIP Code |  |  |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No

   ❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name |  |  |
| Street | Street |  |  |
| City          State    ZIP Code | City          State    ZIP Code |  |  |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☑ No

   ❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name |  |  |
| Street | Street |  |  |
| City          State    ZIP Code | City          State    ZIP Code |  |  |

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

---

25. **Other businesses in which the debtor has or has had an interest**

   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ❑ None

Debtor **Food Concepts International, L.P.** _____   Case number *(if known)* _____ **25-43341-11** ____

Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1. **01-Exhibit SOFA 25 - Other** ____

**Business Connections**

Name

_____

Street

_____

_____

City            State    ZIP Code

EIN: _ _ – _ _ _ _ _ _ _

**Dates business existed**

From _____   To _____

### 26.  Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑None

| Name and address | Dates of service |
|---|---|

26a.1. _____

Name

_____

Street

_____

_____

City                      State           ZIP Code

From _____   To _____

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑None

| Name and address | Dates of service |
|---|---|

26b.1. _____

Name

_____

Street

_____

_____

City                      State           ZIP Code

From _____   To _____

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

_____

Name

_____

Street

_____

_____

City                      State           ZIP Code

_____

_____

_____

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑None

Debtor    **Food Concepts International, L.P.**                                              Case number *(if known)*    **25-43341-11**
          Name

| Name and address |
|---|

26d.1.

_____
Name

_____
Street

_____

_____
City                              State              ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

❑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

_____
Name

_____
Street

_____

_____
City                              State              ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Food Concepts GPH LLC** | **4413 82nd Street Lubbock, TX 79424** | **, General partner** | **0.01%** |
| **International Food Concepts LPH LLC** | **4413 82nd Street Lubbock, TX 79424** | **, Limited partner** | **99.99%** |
| **James Young** | **4413 82nd Street Suite 250 Lubbock, TX 79424** | **Chairman, CEO,** | **0.00%** |
| **Robert Lin** | **4636 94th St Lubbock, TX 79424** | **President,** | **0.00%** |
| **John Dorrington** | **4413 82nd Street 250 Lubbock, TX 79424** | **Executive Vice President,** | **0.00%** |
| **Kailee Young** | **4413 82nd Street, Suite 250 Lubbock, TX 79424** | **Treasurer,** | **0.00%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

❑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | ,_____ | From _____  To  _____ |

Debtor  **Food Concepts International, L.P.**                                   Case number *(if known)*   **25-43341-11**
Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **01-Exhibit SOFA 4 - Year payments to Insiders** <br> Name <br><br> Street <br><br> City                State        ZIP Code <br><br> **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Food Concepts International Holdings, Inc.** | EIN: **4 3 – 1 9 8 2 5 7 6** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Safe Harbor** | EIN: **7 5 – 2 3 0 5 0 7 9** |
| **Defined Contribution Plan** | EIN: **7 5 – 2 3 0 5 0 7 9** |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **09/30/2025**
          MM/  DD/  YYYY

**X** **/s/ Robert L. Lin**                          Printed name          **Robert L. Lin**
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor      **Vice President / CRO**

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **13**

Debtor   **Food Concepts International, L.P.**                                   Case number *(if known)*   **25-43341-11**
         Name

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

**Food Concepts International, LP**
Case # 25-43341

Exhibit SOFA 3 - 90 Payments to Creditors

| Payee | Address | Reason | Payment Date | Amount |
|---|---|---|---|---|
| AM TRUST FINANCIAL SERVICES, INC | PO BOX 6939, CLEVELAND, OH  44101-1939 | Other | 7/14/2025 | 71,274.78 |
| | | Other | 8/15/2025 | 91,141.73 |
| | | Other | 8/28/2025 | 3,984.00 |
| | | | **Total** | **166,400.51** |
| AMIT NARAWANE | 6220 CAMPBELL RD, SUITE 104, DALLAS, TX  75248-1396 | Other | 7/7/2025 | 25,254.25 |
| | | Other | 8/1/2025 | 25,254.25 |
| | | | **Total** | **50,508.50** |
| APS | PO BOX 60015, PRESCOTT, AZ  86304-6015 | Services | 6/25/2025 | 8,990.52 |
| | | Services | 7/23/2025 | 8,990.52 |
| | | Services | 8/20/2025 | 8,990.52 |
| | | | **Total** | **26,971.56** |
| ASTRALCOM, LLC | 4747 CANEHILL AVENUE, LAKEWOOD, CA  90713 | Other | 6/6/2025 | 24,450.00 |
| | | Other | 7/30/2025 | 18,947.00 |
| | | Other | 8/7/2025 | 4,647.50 |
| | | | **Total** | **48,044.50** |
| CHINA DINER LIMITED PARTNERSHIP | 122 WEST JOHN CARPENTER FRWY., IRVING, TX  75039 | Other | 7/7/2025 | 15,617.61 |
| | | Other | 8/1/2025 | 15,617.61 |
| | | | **Total** | **31,235.22** |
| CRC LAKESIDE VILLAGE COINVEST, LLC | 1427 CLARKVIEW ROAD, SUITE 500, BALTIMORE, MD  21209 | Other | 7/7/2025 | 10,396.23 |
| | | Other | 8/1/2025 | 10,396.23 |
| | | | **Total** | **20,792.46** |
| CRUNCH TIME INFORMATION SYSTEM INC | 129 PORTLAND STREET, BOSTON, MA  02114 | Other | 7/24/2025 | 17,104.28 |
| | | | **Total** | **17,104.28** |
| DYKEMA GOSSETT PLLC | 400 RENAISSANCE CENTER, DETROIT, MI  48243 | Other | 6/23/2025 | 25,000.00 |
| | | Other | 6/26/2025 | 75,000.00 |
| | | Other | 8/18/2025 | 25,888.50 |
| | | | **Total** | **125,888.50** |
| FIRST BANK & TRUST | 9816 Slide Rd, LUBBOCK, TX  79424 | Secured debt | 6/20/2025 | 14,632.32 |
| | | Secured debt | 6/20/2025 | 32,403.61 |
| | | Secured debt | 6/20/2025 | 33,847.65 |
| | | Secured debt | 6/20/2025 | 26,327.90 |
| | | Secured debt | 6/20/2025 | 20,387.88 |
| | | Secured debt | 7/23/2025 | 20,387.88 |
| | | Secured debt | 7/23/2025 | 26,327.90 |
| | | Secured debt | 7/23/2025 | 33,847.65 |
| | | Secured debt | 7/23/2025 | 14,160.31 |
| | | Secured debt | 7/23/2025 | 32,403.61 |
| | | | **Total** | **254,726.71** |
| GEORGE B ADAMS | 8008 SLIDE ROAD SUITE 7, LUBBOCK, TX  79424 | Other | 7/7/2025 | 19,666.38 |
| | | Other | 8/1/2025 | 19,666.38 |
| | | | **Total** | **39,332.76** |
| LAIN, FAULKNER & CO., P.C. | 400 N ST. PAUL ST, DALLAS, TX  75201 | Other | 8/18/2025 | 25,000.00 |
| | | Other | 8/21/2025 | 30,000.00 |
| | | | **Total** | **55,000.00** |
| M.C. GREEN & SONS, INC | 181 SOUTH 750 WEST, NORTH SALK LAKE, UT  84054 | Other | 7/7/2025 | 11,274.02 |
| | | Other | 8/1/2025 | 11,274.02 |
| | | | **Total** | **22,548.04** |
| MALL OF SOUTH CAROLINA LIMITED | PO BOX 746390, ATLANTA, OH  30374-6390 | Other | 9/26/2025 | 323.43 |
| | | Other | 7/2/2025 | 14,388.43 |
| PARTNERSHIP | | Other | 8/1/2025 | 14,388.43 |
| | | | **Total** | **29,100.29** |
| NCR CORPORATION | PO BOX 745947, ATLANTA, GA  30384-8755 | Services | 7/16/2025 | 25,331.99 |
| | | Services | 8/13/2025 | 23,022.15 |
| | | Services | 8/28/2025 | 202.55 |
| | | Services | 8/28/2025 | 105.36 |
| | | | **Total** | **48,662.05** |

**Food Concepts International, LP**
Case # 25-43341

Exhibit SOFA 3 - 90 Payments to Creditors

| Payee | Address | Reason | Payment Date | Amount |
|---|---|---|---|---|
| NICKEL CREEK RE, LLC | 213 BROADWAY, CHECOTAH, OK  74426 | Other | 7/7/2025 | 28,800.17 |
| | | | **Total** | **28,800.17** |
| | | | | |
| NPC 2015, LLC | PO BOX 65207, LUBBOCK, TX  79464 | Other | 7/7/2025 | 20,759.25 |
| | | Other | 8/1/2025 | 20,759.25 |
| | | | **Total** | **41,518.50** |
| | | | | |
| NUCO2, INC.-CAP | PO BOX 417902, BOSTON, MA  02241-7902 | Suppliers Vendor | 6/11/2025 | 881.88 |
| | | Suppliers Vendor | 6/27/2025 | 8,589.47 |
| | | Suppliers Vendor | 7/30/2025 | 434.70 |
| | | Suppliers Vendor | 8/13/2025 | 10,165.41 |
| | | Suppliers Vendor | 8/25/2025 | 9,013.89 |
| | | Suppliers Vendor | 8/27/2025 | 439.95 |
| | | | **Total** | **29,525.30** |
| | | | | |
| PACK FIVE INVESTMENTS, LLC | PO BOX 64054, LUBBOCK, TX  79464 | Other | 7/7/2025 | 17,229.00 |
| | | Other | 8/1/2025 | 17,229.00 |
| | | | **Total** | **34,458.00** |
| | | | | |
| PAVILIONS AT BUCKLAND HILLS, LLC | PO BOX 86, MINNEAPOLIS, MN  554862776 | Other | 7/2/2025 | 24,427.73 |
| | | Other | 8/1/2025 | 24,427.73 |
| | | | **Total** | **48,855.46** |
| | | | | |
| PILLSBURY WINTHROP | PO BOX 742262, LOS ANGELES, CA  90074-2262 | Other | 8/1/2025 | 19,086.40 |
| | | Other | 8/18/2025 | 12,260.80 |
| | | | **Total** | **31,347.20** |
| | | | | |
| ROCHELLE McCULLOUGH, LLP | 901 MAIN STREET, SUITE 3200, DALLAS, TX  75202 | Other | 8/6/2025 | 100,000.00 |
| | | Other | 8/22/2025 | 25,000.00 |
| | | | **Total** | **125,000.00** |
| | | | | |
| STOUT RISIUS ROSS LLC | PO BOX 71770, CHICAGO, IL  60694-1770 | Other | 6/13/2025 | 50,000.00 |
| | | Other | 6/26/2025 | 50,000.00 |
| | | Other | 7/10/2025 | 50,000.00 |
| | | Other | 8/1/2025 | 35,000.00 |
| | | Other | 8/18/2025 | 10,000.00 |
| | | | **Total** | **195,000.00** |
| | | | | |
| TASCOSA PLAZA, LTD | 200-D WESTGATE PARKWAY, AMARILLO, TX  79121 | Other | 7/7/2025 | 17,675.33 |
| | | Other | 8/1/2025 | 17,675.33 |
| | | | **Total** | **35,350.66** |
| | | | | |
| TMGN 2, LTD | PO BOX 795743, DALLAS, TX  75379 | Other | 7/7/2025 | 22,736.92 |
| | | Other | 8/1/2025 | 28,672.34 |
| | | | **Total** | **51,409.26** |
| | | | | |
| TYLER BROADWAY/CENTENNIAL LP | PO BOX 841009, DALLAS, TX  75284-1009 | Other | 7/7/2025 | 28,524.54 |
| | | Other | 8/1/2025 | 22,660.75 |
| | | | **Total** | **51,185.29** |
| | | | | |
| VEREIT OPERATING PARTNERSHIP LP | 2325 E CAMELBACK RD, SUITE 1100, PHOENIX, AZ  85016 | Other | 7/7/2025 | 23,711.92 |
| | | Other | 8/1/2025 | 23,711.92 |
| | | | **Total** | **47,423.84** |
| | | | | |
| WATERFRONT COMMERCIAL PROPERTIES, LLC | P.O. BOX 782257, WICHITA, KS  67278 | Other | 7/2/2025 | 19,499.09 |
| | | | **Total** | **19,499.09** |
| | | | | |
| WOODHAVEN ABILENE LP | P.O. BOX 2556, ABILENE, TX  79604 | Other | 7/7/2025 | 9,758.00 |
| | | Other | 8/1/2025 | 9,758.00 |
| | | | **Total** | **19,516.00** |
| | | | | |
| | | | **GRAND TOTAL** | **1,695,204.15** |

# Food Concepts International, LP
## Case # 25-43341

Exhibit for SOFA 4 - Payments to Insiders

| Insider | Address | Relationship | Salary | Benefits | Phone/Auto | Other Expenses (e.g. travel, lodgings, subscriptions) | Rent | Total | Dates | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Robert Lin | 4413 82nd St, Suite 250, Lubbock TX 79424 | President | $ 91,709.85 | $12,976.77 | $11,940.00 | $ 1,718.63 | N/A | $118,345.25 | 9/3/2024 to 9/2/2025 | Compensation, ordinary course expenses |
| John Dorrington | 4413 82nd St, Suite 250, Lubbock TX 79424 | Vice President | $ 166,249.98 | $25,579.16 | $10,920.00 | $ 2,990.80 | N/A | $205,739.94 | 9/3/2024 to 9/2/2025 | Compensation, ordinary course expenses |
| James Young | 4413 82nd St, Suite 250, Lubbock TX 79424 | Chairman, CEO | $ 27,564.88 | $ 5,564.40 | $ 770.00 | N/A | N/A | $ 33,899.28 | 9/3/2024 to 9/2/2025 | Compensation, ordinary course expenses |
| Kailee Young | 4413 82nd St, Suite 250, Lubbock TX 79424 | Director of parent company | $ 20,680.88 | $ 2,865.84 | $ 7,370.00 | N/A | N/A | $ 30,916.72 | 9/3/2024 to 9/2/2025 | Compensation, ordinary course expenses |
| G. Randall Andrews | P O Box 65207 Lubbock, TX 79464 | Director of parent company | N/A | N/A | N/A | N/A | $249,111.00 | $249,111.00 | 9/3/2024 to 9/2/2025 | Landlord |
| **TOTALS** | | | **$ 306,205.59** | **$ 46,986.17** | **$ 31,000.00** | **$ 4,709.43** | **$ 249,111.00** | **$ 638,012.19** | | |

**Food Concepts International, LP**
Case # 43341

Exhibit SOFA 11 - Payments Related to Bankruptcy

| Vendor & Address | Website | Services | Date | Amount |
|---|---|---|---|---|
| **Lain Faulkner**<br>400 N. St Paul St, Dallas, TX  76102 | https://www.lainfaulkner.com/ | Financial Advisory | 8/18/2025<br>8/21/2025 | 25,000<br>30,000 |
| | | | **Total** | **55,000** |
| **Lane Law Firm**<br>6200 Savoy Dr Ste 1150, Houston, TX  77036 | https://www.lanelaw.com/ | Attorney fees | 5/30/2025 | 10,000 |
| | | | **Total** | **10,000** |
| **Okin Adams Bartlett Curry**<br>1113 Vine St #240,, Houston, TX  77002 | https://www.okinadams.com/ | Attorney fees | 5/19/2025 | 25,000 |
| | | | **Total** | **25,000** |
| **Pillsbury Winthrop Shaw Pittman**<br>609 Main St Suite 2000, Houston, TX   77002 | https://www.pillsburylaw.com/en/ | Attorney fees | 2/18/2025<br>4/7/2025<br>4/18/2025<br>5/30/2025<br>8/1/2025 | 6,826<br>10,365<br>9,550<br>4,010<br>19,086 |
| | | | **Total** | **49,836** |
| **Rochelle McCullough**<br>300 Throckmorton St Suite 520, Fort Worth, TX  76102 | https://romclaw.com/ | Attorney fees | 8/7/2025<br>8/22/2025 | 100,000<br>25,000 |
| | | | **Total** | **125,000** |
| **Stout Risus Ross**<br>1000 Main St, Houston, TX  77002 | https://www.stout.com/en/ | Financial advisory | 10/25/2024<br>12/20/2024<br>2/24/2025<br>6/13/2025<br>6/26/2025<br>7/10/2025<br>8/1/2025 | 25,000<br>35,000<br>75,000<br>50,000<br>50,000<br>50,000<br>35,000 |
| | | | **Total** | **320,000** |
| | | | **GRAND TOTAL** | **584,836** |

**Food Concepts International, LP**
Case # 25-43341

Exhibit SOFA 17 - ERISA, 401k, 403(b) other pension or profit sharing plans

| Plan Admin | | Name of Plan | Terminated? | EIN |
|---|---|---|---|---|
| FCI LP | Y | Food Concepts International Voluntary Employee Injury Benefit Plan | N | 75-2305079 |
| | Y | Food Concepts International, LP Health Plan | N | 75-2305079 |
| | Y | Food Concepts International, LP Group Life, Accidental Death and Disability Plan | N | 75-2305079 |
| | Y | Food Concepts International, LP 401 (K) Plan | N | 75-2305079 |

**Food Concepts International, LP**
Case # 25-43341

Exhibit for SOFA 25 - Other Business Connections

| Name | Address | Nature | Percentage | Valuation Method | Value | EIN | Dates |
|---|---|---|---|---|---|---|---|
| ABI GP, LLC | 4413 82nd St, Suite 250, Lubock TX 79424 | Subsidiary to act as general partner of Abuelo's International, LP | 100% | NA | 0 | 75-1663658 | 12/05 to present |
| ABUELO'S INTERNATIONAL, LP | 4413 82nd St, Suite 250, Lubock TX 79424 | Owns and operates Mexican food restuarants | 100% | NA | 0 | 75-2271108 | 12/02 to present |